# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Soo Line Railroad Company, d/b/a Canadian Pacific, a Minnesota Corporation, | ) ) ) **ORDER FOR STATUS CONFERENCE** |
| Plaintiff, | ) ) |
| vs. | ) ) |
| | ) Case No.: 1:19-cv-268 |
| Dakota Gold Transfer-Plaza, a Delaware LLC | ) ) ) |
| Defendants. | ) |

A status conference will be held before the magistrate judge on April 16, 2020, at 1:30 p.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 3rd day of February, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court