## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Soo Line Railroad Company, d/b/a Canadian Pacific, a Minnesota Corporation, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| Dakota Gold Transfer-Plaza, a Delaware LLC, | ) ) ) | |
| Defendant and Third Party Plaintiff, | ) ) ) ) | |
| vs. | ) ) ) | Case No. 1:19-cv-268 |
| Calfrac Well Services Corp., | ) ) ) | |
| Third Party Defendant. | ) | |

The court held a status conference with the parties by telephone on May 7, 2021. During the conference the parties advised that had reach agreements in principle that will likely resolve all outstanding claims.

The final pretrial conference set for September 21, 2021, and the jury trial set for October 4, 2021, are cancelled. They may be rescheduled as necessary at a later date. The parties shall submit a brief status report to the court by October 25, 2021, updating it on their efforts to resolve this matter.

**IT IS SO ORDERED.**

Dated this 15th day of September, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court